**BC LAW GROUP, P.C.**
Brett E. Cooper (*pro hac vice* forthcoming)
bcooper@bc-lawgroup.com
Seth Hasenour (*pro hac vice* forthcoming)
shasenour@bc-lawgroup.com
Jonathan R. Yim (*pro hac vice* forthcoming)
jyim@bc-lawgroup.com
Drew B. Hollander (*pro hac vice* forthcoming)
dhollander@bc-lawgroup.com
Ashley M. Ratycz (*pro hac vice* forthcoming)
aratycz@bclgpc.com
200 Madison Avenue, 24th Floor
New York, NY 10016
Tel: (212) 951-0100
Fax: (212) 951-0330

**REICHMAN JORGENSEN LEHMAN & FELDBERG LLP**
Courtland L. Reichman (CA Bar No. 268873)
creichman@reichmanjorgensen.com
Jennifer Estremera (CA Bar No. 251076)
jestremera@reichmanjorgensen.com
100 Marine Parkway, Suite 300
Redwood Shores, CA 94065
Tel:  (650) 623-1401

*Attorneys for Defendant*
*Universal Connectivity Technologies Inc.*

**WILLKIE FARR & GALLAGHER LLP**
Krista S. Schwartz (CA Bar No. 303604)
kschwartz@willkie.com
333 Bush Street, 34th Floor
San Francisco, CA 94101
Tel: (415) 858-7435

*Attorney for Plaintiff Synopsys, Inc.*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYNOPSYS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>UNIVERSAL CONNECTIVITY TECHNOLOGIES INC.,<br><br>Defendant. | Misc. Case No. 4:24-MC-80320 DMR<br><br>Underlying Litigation:<br>*Universal Connectivity Technologies Inc. v. Lenovo Group Limited*, C.A. No. 2:23-cv-00449-JRG (E.D. Tex.)<br><br>**STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE FOR MOTION TO QUASH** |

Defendant Universal Connectivity Technologies Inc. ("UCT") and Plaintiff Synopsys, Inc. ("Synopsys") jointly stipulate, subject to the Court's approval, to extend the briefing schedule on Synopsys' Motion to Quash. In support of this joint stipulation and request, the Parties state as follows:

1. On December 19, 2024, Synopsys filed its Motion to Quash in the above-captioned case (ECF No. 1);

2. UCT's opposition to Synopsys' Motion to Quash is due on January 2, 2025 and Synopsys's reply is due on January 9, 2025;

3. To satisfy conflicting case deadlines and in light of the current holidays, the Parties have agreed to extend the deadlines for the opposition and reply briefs;

4. There have been no previous time modifications in this matter and no further deadlines have been set in this case;

Accordingly, the Parties agree and stipulate that (1) UCT shall have seven additional days, up to and including January 9, 2025, to file its opposition, and (2) Synopsys's deadline to file its reply shall be adjusted accordingly. The current and stipulated deadlines are summarized below:

| Event | Current Deadline | New Deadline |
| --- | --- | --- |
| UCT Opposition to Motion to Quash | January 2, 2025 | January 9, 2025 |
| Synopsys Reply | January 9, 2025 | January 16, 2025 |

| | |
|---|---|
| DATED: January 2, 2025 | Respectfully submitted, |
| | By: */s/ Jennifer Estremera* |
| **BC LAW GROUP, P.C.**<br>Brett E. Cooper (*pro hac vice* forthcoming)<br>bcooper@bc-lawgroup.com<br>Seth Hasenour (*pro hac vice* forthcoming)<br>shasenour@bc-lawgroup.com<br>Jonathan R. Yim (*pro hac vice* forthcoming)<br>jyim@bc-lawgroup.com<br>Drew B. Hollander (*pro hac vice* forthcoming)<br>dhollander@bc-lawgroup.com<br>Ashley M. Ratycz (*pro hac vice* forthcoming)<br>aratycz@bclgpc.com<br>200 Madison Avenue, 24th Floor<br>New York, NY 10016<br>Tel: (212) 951-0100 | **REICHMAN JORGENSEN LEHMAN & FELDBERG LLP**<br>Courtland L. Reichman (CA Bar No. 268873)<br>creichman@reichmanjorgensen.com<br>Jennifer Estremera (CA Bar No. 251076)<br>jestremera@reichmanjorgensen.com<br>100 Marine Parkway, Suite 300<br>Redwood Shores, CA 94065<br>Tel: (650) 623-1401<br><br>*Attorneys for Defendant Universal Connectivity Technologies Inc.* |
| DATED: January 2, 2025 | Respectfully submitted, |
| | By: */s/ Krista S. Schwartz*<br>**WILLKIE FARR & GALLAGHER LLP**<br>Krista S. Schwartz (CA Bar No. 303604)<br>kschwartz@willkie.com<br>333 Bush Street, 34th Floor<br>San Francisco, CA 94101<br>Tel: (415) 858-7435<br><br>*Attorney for Plaintiff Synopsys, Inc.* |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: January 2, 2025



_____
The Honorable Donna M. Ryu
Chief Magistrate Judge

**ATTESTATION**

The undersigned attests that concurrence in the filing of the foregoing stipulation was obtained from all its signatories.

Dated: January 2, 2025          By: */s/ Jennifer Estremera*
                                                   Jennifer Estremera

**CERTIFICATE OF SERVICE**

I hereby certify that the counsel of record who are deemed to have consented to electronic service are being served on January 2, 2025 with a copy of this document via the Court's ECF system and via email.

By: */s/ Jennifer Estremera*
                 Jennifer Estremera